## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 09-4438 |
| Charles Lovitt, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Date:  Thursday, May 13, 2010 |
| Debtors. | ) | Time:  9:30 a.m. |

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REQUEST FOR REIMBURSEMENT OF EXPENSES

NOW COMES BARRY A. CHATZ, Trustee herein, pursuant to 11 U.S.C. § 330, and requests $1,358.66 as compensation and $26.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $6,086.64.  Pursuant to 11 U.S.C. § 326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10%of next $45,000.00 | $   108.66 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $     0.00 | ($47,500.00 max.) |
| 03% of balance | $     0.00 | |
| TOTAL COMPENSATION | $1,358.66 | |

The total amount of compensation due Trustee is $1,358.66 according to 11 U.S.C. § 326.

Detailed time records expended on behalf of the Estate are attached hereto as Exhibit A.

## II. TRUSTEE'S EXPENSES

Copies – 260 @ $0.10 each                    $26.00

TOTAL EXPENSES                               $26.00


Applicant:

Date:  April 2, 2009                         /s/ Barry A. Chatz, Trustee_____