# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case no. 09-4438 |
| Charles Lovitt, Jr., ) | Hon. Jacqueline P. Cox |
| ) | |
| ) | **Date: Thursday, May 13, 2010** |
| Debtor. ) | **Time: 9:30 a.m.** |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bank. P. 2002(a)(6) and 2002(f)(8), please take notice that Barry A. Chatz, trustee of the above-styled estate, has filed a Final Report and the Trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 South Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee application and any objection to the Final Report will be held at **9:30 a.m. on Thursday, May 13, 2010 in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604**.

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: April 2, 2010                                /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com