# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 09-4438 |
| Charles Lovitt, Jr., | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | **Date:** Thursday, May 13, 2010 |
| Debtor. | ) | **Time:** 9:30 a.m. |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bank. P. 2002(a)(6) and 2002(f)(8), please take notice that Barry A. Chatz, trustee of the above-styled estate, has filed a Final Report and the Trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 South Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee application and any objection to the Final Report will be held at **9:30 a.m.** on **Thursday, May 13, 2010** in **Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604**.

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: April 2, 2010                    /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed                  Page 1 of 1                   Date Rcvd: Apr 05, 2010
Case: 09-04438                 Form ID: pdf006              Total Noticed: 26

The following entities were noticed by first class mail on Apr 07, 2010.
db            +Charles Lovitt, Jr.,    2201 N. Leyden Avenue,    River Grove, IL 60171-1872
aty           +Stephen M. Eifrid,    S. Michael Eifrid, Attorney at Law,    100 N. LaSalle Street Suite 1500,
                Chicago, IL 60602-3533
tr            +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
13519696      +Bass & Associates,    3936 E. Fort Lowell Road,    Tucson, AZ 85712-1097
13802391      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14349874       CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13519697      +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
13519701      +Chase Credit Card,    Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
13842969      +Chase Home Finance LLC,    c/o Pierce & Associates, P.C.,    One North Dearborn, Suite #1300,
                Chicago, IL 60602-4321
13519702      +Chase Manhatten Mortgage,    Attn: Research Dept. G7-PP,    3415 Vision Drive,
                Columbus, OH 43219-6009
13519703      +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
13519704      +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13550801     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
               (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
                Livonia MI  48153-9905)
13519705     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
               (address filed with court: Ford Motor Credit Corporation,    National Bankruptcy Center,
                Po Box 537901,    Livonia, MI 48153)
13519706      +Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
13519707      +Leyden Credit Union,    9617 W Grand Ave,    Franklin Park, IL 60131-3308
13519709      +MANN BRACKEN LLP,    2727 Paces Ferry Road,    One Paces West, Suite 1400,    Atlanta, GA 30330-0001
13519710      +Menards Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
14023814      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13519711      +Sprint,    P.O. Box 8077,    London, KY 40742-8077
13733289      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13519713      +TURC, Inc.,    1200 S. Cedar Road,    Suite IK,    New Lenox, IL 60451-2678
13519712      +Target National Bank,    Po Box 9475,    Minneapolis, MN 55440-9475
13519714     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
The following entities were noticed by electronic transmission on Apr 05, 2010.
13519708      +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2010 23:27:05      Lowes / MBGA,
                Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
14064520      +E-mail/PDF: rmscedi@recoverycorp.com Apr 05 2010 23:27:06      Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13519700*     +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
13519698*     +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
13519699*     +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**                    **Signature:**    *Joseph Speetjens*