# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOVITT JR., CHARLES | § | Case No. 09-04438 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Manhatten Mortgage Attn: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153 | | | | | |
| Leyden Credit Union 9617 W Grand Ave Franklin Park, IL 60131 | | | | | |
| CHASE HOME FINANCE LLC | | | | | |
| FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase - Cc Attention: Bankruptcy Department Po Box 15298 Wilmington, DE 19850 | | | | | |
| Chase - Cc Attention: Bankruptcy Department Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase - Cc Attention: Bankruptcy Department Po Box 15298 Wilmington, DE 19850 | | | | | |
| Chase - Cc Attention: Bankruptcy Department Po Box 15298 Wilmington, DE 19850 | | | | | |
| Chase Credit Card Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| Home Depot Credit Services P.O. Box 689100 Des Moines, IA 50368 | | | | | |
| Lowes / MBGA Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |
| Sprint P.O. Box 8077 London, KY 40742 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TURC, Inc. 1200 S. Cedar Road Suite IK New Lenox, IL 60451 | | | | | |
| Target National Bank Po Box 9475 Minneapolis, MN 55440 | | | | | |
| Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| CHASE BANK USA, NA | | | | | |
| CHASE BANK USA, NA | | | | | |
| CHASE BANK USA, NA | | | | | |
| CHASE BANK USA, NA | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TARGET NATIONAL BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-04438 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LOVITT JR., CHARLES | | | | Date Filed (f) or Converted (c): | 02/12/09 (f) |
| | | | | | 341(a) Meeting Date: | 03/25/09 |
| For Period Ending: | 09/21/10 | | | | Claims Bar Date: | 06/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUNDS, OTHER (u) | 0.00 | 6,085.00 | DA | 6,085.00 | FA |
| 2. RESIDENCE | 255,000.00 | Unknown | DA | 0.00 | FA |
| 2201 North Leyden Avenue, River Grove, IL | | | | | |
| 3. CASH | 75.00 | 75.00 | DA | 0.00 | FA |
| Cash on hand | | | | | |
| 4. FINANCIAL ACCOUNTS | 344.65 | 0.00 | DA | 0.00 | FA |
| Midwest Bank checking account #725794403 | | | | | |
| 5. FINANCIAL ACCOUNTS | 27.00 | 0.00 | DA | 0.00 | FA |
| Midwest Bank | | | | | |
| Checking account #62194303 | | | | | |
| 6. HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| stove, refrigerator, washer/dryer, microwave, cooking utensils, silverware, living room furniture, kitch table and 4 chairs, 4 televisions, 2 VCRs, 2 bedroom sets, 3 laptop computers, printer, satellite dish, lawn mower, yard tools, 2 cell phones, and miscellaneous | | | | | |
| 7. BOOKS/COLLECTIBLES | 60.00 | Unknown | DA | 0.00 | FA |
| 30 audio CDs, 30 DVD movies | | | | | |
| 8. WEARING APPAREL | 100.00 | 0.00 | DA | 0.00 | FA |
| clothes of the debtor | | | | | |
| 9. FIREARMS AND HOBBY EQUIPMENT | 1,775.00 | Unknown | DA | 0.00 | FA |
| 23 rifles and guns | | | | | |
| 10. INSURANCE POLICIES | 1,253.00 | Unknown | DA | 0.00 | FA |
| Universal Life Insurance c/o Thrivent Financial for Lutherans cash surrender value on two policies | | | | | |
| 11. RETIREMENT PLANS | 3,654.25 | 0.00 | DA | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

Ver: 15.20

Case 09-04438    Doc 28    Filed 10/05/10    Entered 10/05/10 14:05:10    Desc Main
Document      Page 9 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

Case No:       09-04438      JPC    Judge: JACQUELINE P. COX          Trustee Name:              BARRY A. CHATZ
Case Name:     LOVITT JR., CHARLES                                    Date Filed (f) or Converted (c):   02/12/09 (f)
                                                                      341(a) Meeting Date:       03/25/09
                                                                      Claims Bar Date:           06/26/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 401k through employment with Designed Equipment Acquisition Corp. and managed by American Funds, Mutual Service Corporation, 125 S. Wilke Road, Suite 300, Arlington Heights, IL 60005 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 1.64 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $263,788.90 | $6,160.00 | $6,086.64 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INCOME TAX REFUND RECOVERED; ALL ASSETS ADMINISTERED; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 09/30/09     Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-04438 -JPC | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | LOVITT JR., CHARLES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9926 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4812 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/09 | 1 | Charles Lovitt, Jr. 2201 N. Leyden Avenue River Grove, IL 60171 | TAX REFUND | 1224-000 | 6,085.00 | | 6,085.00 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 6,085.10 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,085.25 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,085.41 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,085.57 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,085.72 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,085.87 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,086.03 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,086.19 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,086.35 |
| 02/12/10 | 000301 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 5.95 | 6,080.40 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 6,080.53 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,080.69 |
| 04/02/10 | | Transfer to Acct #*******0151 | Final Posting Transfer | 9999-000 | | 6,080.69 | 0.00 |
| | | | | Page Subtotals | 6,086.64 | 6,086.64 | |

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-04438 -JPC |
| Case Name: | LOVITT JR., CHARLES |
| Taxpayer ID No: | *******4812 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9926 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,086.64 | 6,086.64 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,080.69 | |
| | | | Subtotal | | 6,086.64 | 5.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,086.64 | 5.95 | |

Page Subtotals    0.00    0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04438 -JPC | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | LOVITT JR., CHARLES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0151  BofA - Checking Account |
| Taxpayer ID No: | *******4812 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/10 | | Transfer from Acct #*******9926 | Transfer In From MMA Account | 9999-000 | 6,080.69 | | 6,080.69 |
| 05/14/10 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,358.66 | 4,722.03 |
| 05/14/10 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 26.00 | 4,696.03 |
| * 05/14/10 | 003003 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 22.54249% | 7100-003 | | 1,343.19 | 3,352.84 |
| * 05/14/10 | 003004 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 22.54249% | 7100-003 | | 1,080.52 | 2,272.32 |
| * 05/14/10 | 003005 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 22.54253% | 7100-003 | | 478.72 | 1,793.60 |
| * 05/14/10 | 003006 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 22.54249% | 7100-003 | | 854.80 | 938.80 |
| * 05/14/10 | 003007 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 22.54234% | 7100-003 | | 450.45 | 488.35 |
| * 05/14/10 | 003008 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008 | Claim 000008, Payment 22.54264% | 7100-003 | | 376.78 | 111.57 |
| | | | Page Subtotals | | 6,080.69 | 5,969.12 | |

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04438 -JPC | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | LOVITT JR., CHARLES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0151 BofA - Checking Account |
| Taxpayer ID No: | *******4812 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/14/10 | 003009 | Recovery Management Systems Corporation For GE Money Bank dba LOWES CONSUMER 25 SE 2nd Ave Ste 1120 Miami FL 33131 Greenville, SC 29602- | Claim 000009, Payment 22.54349% | 7100-003 | | 111.57 | 0.00 |
| * 08/12/10 | 003003 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000002, Payment 22.54249% check never received | 7100-003 | | -1,343.19 | 1,343.19 |
| * 08/12/10 | 003004 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000003, Payment 22.54249% check never received | 7100-003 | | -1,080.52 | 2,423.71 |
| * 08/12/10 | 003005 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000004, Payment 22.54253% check never received | 7100-003 | | -478.72 | 2,902.43 |
| * 08/12/10 | 003006 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000005, Payment 22.54249% check never received | 7100-003 | | -854.80 | 3,757.23 |
| * 08/12/10 | 003007 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000006, Payment 22.54234% check never received | 7100-003 | | -450.45 | 4,207.68 |
| * 08/12/10 | 003008 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000008, Payment 22.54264% check never received | 7100-003 | | -376.78 | 4,584.46 |
| * 08/12/10 | 003009 | Recovery Management Systems Corporation For GE Money Bank dba LOWES CONSUMER | Claim 000009, Payment 22.54349% check never received | 7100-003 | | -111.57 | 4,696.03 |

Page Subtotals 0.00 -4,584.46

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04438 -JPC | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | LOVITT JR., CHARLES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0151 BofA - Checking Account |
| Taxpayer ID No: | *******4812 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/12/10 | 003010 | 25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 22.54249% | 7100-000 | | 1,343.19 | 3,352.84 |
| 08/12/10 | 003011 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 22.54249% | 7100-000 | | 1,080.52 | 2,272.32 |
| 08/12/10 | 003012 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000004, Payment 22.54253% | 7100-000 | | 478.72 | 1,793.60 |
| 08/12/10 | 003013 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 22.54249% | 7100-000 | | 854.80 | 938.80 |
| 08/12/10 | 003014 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 22.54234% | 7100-000 | | 450.45 | 488.35 |
| 08/12/10 | 003015 | PYOD LLC its successors and assigns<br>  as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000008, Payment 22.54264% | 7100-000 | | 376.78 | 111.57 |
| 08/12/10 | 003016 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000009, Payment 22.54349% | 7100-000 | | 111.57 | 0.00 |

Page Subtotals    0.00    4,696.03

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-04438 -JPC | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | LOVITT JR., CHARLES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0151  BofA - Checking Account |
| Taxpayer ID No: | *******4812 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,080.69 | 6,080.69 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 6,080.69 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,080.69 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,080.69 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********9926 | 6,086.64 | 5.95 | 0.00 |
| BofA - Checking Account - ********0151 | 0.00 | 6,080.69 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,086.64 | 6,086.64 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*